No. 6250. CARRILLO *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 6251. SAUNDERS *v.* RUNDLE, CORRECTIONAL SUPER-INTENDENT. C. A. 3d Cir. Certiorari denied.

No. 6253. CRAWFORD *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 6255. ARNOLD *v.* SMITHWICK. C. A. 5th Cir. Certiorari denied.

No. 6256. BURRIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6257. REMBERT *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 6258. KELLY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6262. FAUSTINO *v.* IMMIGRATION AND NATURALI-ZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 6265. BLUE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6266. BRIDDLE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6267. RADIL *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 6268. ROSENSTEIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 6269. DE LA MOTTE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.